IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA R. SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID GURNETT ET AL.,<br><br>    Defendant.<br>_____/ | No. CV 09-3032 CRB<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING** |

This Court is in receipt of Defendants' motion to dismiss and Plaintiff's motion for an extension of time. It is hereby ordered that Plaintiff's opposition to the motion to dismiss will be due no later than November 24, 2009. Defendants' reply will be due December 4. In addition, the hearing currently scheduled for October 23, 2009, is hereby continued to December 18, 2009.

**IT IS SO ORDERED.**

Dated: October 7, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3032\Ordering extending schedule.wpd