IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA R. SANDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID GURNETT,<br><br>　　　　Defendant.　　　　　　　／ | No. CV 09-3032 CRB<br><br>**ORDER ALTERING SCHEDULE** |

This Court is in receipt of Defendants' joint request to vacate dates currently set for initial disclosures, ADR documents, and related case management matters. Defendants ask that these deadlines remain unscheduled until the motions to dismiss are resolved. In light of Plaintiff's request to continue the motion hearing for a substantial period of time - a motion that was granted in part - Defendant's request is hereby GRANTED. The dates currently set to file initial disclosures and ADR documents, and related case management matters, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 14, 2009　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3032\Order Vacating Dateswpd.wpd