IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA R. SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID GURNETT, et al.,<br><br>    Defendants. | No. C 09-3032 CRB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

For the reasons discussed at the hearing on December 18, 2009, and the reasons stated in Defendants' memorandum, Defendants' motion to dismiss is GRANTED. Plaintiff's claims are clearly time barred, and no amendment could remedy such a flaw. Moreover, despite being granted a lengthy extension, Plaintiff failed to oppose Defendants' motion, and similarly failed to appear in Court. Therefore, based both upon the legal infirmities in Plaintiff's case and her failure to prosecute her claim as required by the Federal Rules of Civil Procedure, this case is DISMISSED.

**IT IS SO ORDERED.**

Dated: June 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3032\Order DISMISSING.wpd