IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SANDERS, | No. C 09-3032 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAVID GURNETT, et al., | |
| Defendants.                              / | |

The Court, having granted Defendants' Motion to Dismiss, enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3032\Judgment.wpd